AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>LEVI STONER<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.  1:26-MJ- 0030 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___9/23/2025 through 11/30/2025,___ in the county of _____Cumberland_____ in the

___Middle___ District of ___Pennsylvania, and elsewhere___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Production/Attempted Production of Child Pornography |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor |

FILED
HARRISBURG, PA

MAY 07 2026

PER_____
DEPUTY CLERK

This criminal complaint is based on these facts:

I, JenaMarie Baldaino, being first duly sworn, hereby depose and swear as follows:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA JenaMarie Baldaino, FBI
*Printed name and title*

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by Telephone.

Date: ___MAY 7, 2026___

_____
*Judge's signature*

City and state: _____Harrisburg, Pennsylvania_____

Daryl F. Bloom, Chief U.S. Magistrate Judge
*Printed name and title*

## CONTINUATION SHEETS OF CRIMINAL COMPLAINT

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Capital Area Resident Agency located in York, Pennsylvania. I have been employed as a Special Agent with the FBI since 2023.

2.    I am currently assigned to investigate domestic terrorism and related crimes as a member of the Joint Terrorism Task Force. Additionally, I have been involved with investigations of violations of other federal statutes, including threats, domestic terrorism, cyber stalking, conspiracy, extortion, and other related offenses. As a Special Agent, one of my primary duties is the enforcement of federal laws and the security of government witnesses and entities identified during the course of these investigations. I have been trained in conducting criminal investigations, and in using digital and electronic techniques. I have had the opportunity to review numerous examples of digital evidence and have participated in many search warrants, including searches involving computers, cellular telephones, and other data-storage devices.

3.    The statements contained in this criminal complaint are based on information developed by Special Agents of the FBI as well as other law enforcement officials.

4.    The FBI is conducting an ongoing investigation of Levi STONER. The following statements are made to merely to establish probable cause that Levi STONER violated 18 U.S.C. § 2422(b) (online coercion and enticement of a minor to engage in illicit sexual activity);, 18 U.S.C. § 2251(a)(1) (production and attempted production of child pornography); and 18 U.S.C. 2252A(a)(2) (receipt of child pornography). The following does not describe all facts and knowledge about the investigation of Levi STONER.

5.    On January 31, 2026, pursuant to a 2702 order, META provided the FBI with information regarding Instagram user nglreclusive (77104928067) having Nihilistic Violent Extremism (NVE) views and was engaged in sadistic online exploitation activities with a potential minor (referred to in this document as "M1"). META provided the following subscriber information for Instagram user nglreclusive:

  a. full name: insignificant,
  b. username: nglreclusive,

2

      c. associated email address: instagrambruhlol3@gmail.com, and

      d. associated phone number: 717-329-5886.

6.     Instagram account nglreclusive was linked to other META accounts. Open-source searches of the other META accounts provided a name Levi Stoner with a date of birth: January 06, 2006. Open-source searches of the phone number, 717-329-5886, linked to Instagram user nglreclusive, returned to an Ashley Stoner, DOB: November 25, 1976. Addresses listed for Ashley Stoner included 160 Oxford Estates Way, St. Johns, Florida 32259, 125 Willow Lake Drive, Carlisle, PA 17015, 8 Meadow Creek Lane, Mechanicsburg, PA 170507, and 7 Highland Terrace Ct, Boiling Springs, PA 17007.

7.     On February 09, 2026, an Emergency Disclosure Request to META provided content for Instagram user nglreclusive (77104928067). During a review of the messages sent by Instagram user nglreclusive (77104928067) to another Instagram user alaza3e (Instagram: 56277390297), the case team found numerous instances of both sadistic online exploitation and sexually exploitation of the user alaza3e, M1, who was suspected to be a minor at the time of their interactions.

3

8.    The messages below detailed how **STONER** made comments about his past abuse of M1. The messaging additionally included instruction from **STONER** to M1 to commit self-mutilation acts.

    a. **September 26, 2025 Chats**

| | |
|---|---|
| nglreclusive: | you were my little cut slut it was so pathetic |
| nglreclusive: | miss when you were my good little girl and made fansigns for me |
| nglreclusive: | I made you cut hella shit into you what'd they say bout that |

    b. **October 1, 2025 Chats**

| | |
|---|---|
| nglreclusive: | I miss my name n special numbers on you |
| nglreclusive: | we should put 6996 and 2007 on them |
| nglreclusive: | with my name |
| nglreclusive: | i wanna sacrifice you |
| alaza3e: | What do the numbers mean |
| nglreclusive: | Numerology |
| nglreclusive: | just movement shit |
| nglreclusive: | like accelerationism |
| alaza3e: | What does it mean tho 💀 |
| nglreclusive: | theyre accelerationist groups |
| nglreclusive: | meaning to speed up the tide of death |
| nglreclusive: | to reset the world |
| nglreclusive: | its just like a belief thing. that like the world is to unnatural and corrupted and to fix it. we need to cause havoc and chaos and speed the process of death up |
| alaza3e: | So like getting me to cut and stuff is to speed up my death? |
| nglreclusive: | to cause harm and fix things yes |

    c. **October 03, 2025 Chats**

| | |
|---|---|
| alaza3e: | I still have ur name and 764 carved into me dada." |

4

nglreclusive:    you better have me carved bitch

### d. December 5, 2025 Chats

nglreclusive:    I told you to cut bitch.

alaza3e:    I know daddy Im really sorry my family found my blades and took them then locked up all the sharps. So I can't cut until I go to the store and get more blades."

nglreclusive:    are you that braindead and useless you cant even hide a fucking blade.

alaza3e:    I make myself look pathetic making faces i show u everything on my body i cut when I can for u i do everything u tell me and ur never happy

alaza3e:    I literally have ur name ans 764 carved on me and now ur not even in fucking 764 any-more

alaza3e:    I got blades hi

alaza3e:    What do u want me to do

nglreclusive:    slit your arms i would say tits but id rather you show me them with ur dumb little faces

nglreclusive:    cut ur arm open bitch

alaza3e:    Oki How many cuts

alaza3e:    Do u want me to carve anything on my thighs

nglreclusive:    im busy with my dad just cut your arms and thighs cut my name whore you can do that right dolly

nglreclusive:    be useful aly be a good girl and get prettied up for me

nglreclusive:    soon ill be able to use you up if i want to

nglreclusive:    yeah do your makeup and take alot of slutty vids of you on your knees with your tits out making that face got it

nglreclusive:    i hope the shower hurts like hell turn the heat to the max after your done cutting

alaza3e:    Oki that's gonna hurt even more

alaza3e:    Do u want me to record me putting my wrist under the hot water

alaza3e:

5



| | |
|---|---|
| alaza3e: | I couldn't go that deep bc if my tios find out Im cutting again theyre gonna put me back in the ward |
| nglreclusive: | yes that'll be nice |
| nglreclusive: | you should be bent over with your body out for me when i tty |
| nglreclusive: | im gonna slit names into your body |
| alaza3e: | Like what |
| nglreclusive: | whatever i fucking want |
| nglreclusive: | your just a useless doll |
| nglreclusive: | carve 917317 |
| nglreclusive: | 6996 2007 7997 and slit/levi |

9.    Review of other messages showed multiple photos and videos sent from alaza3e to nglreclusive. Photos included pictures and videos of bare breasts and of what appears to be M1's bare buttocks. There were also discussions about performing other sexual activities on video chat.

6

10.   The following message found between Instagram users nglreclu-sive, utilized by **STONER,** and alaza3e detailed how **STONER** requested M1 to send sexually explicit content on multiple occasions to include M1's genitalia, buttocks, and breasts:

**a. September 26, 2025 Chats**

| | |
|---|---|
| nglreclusive: | do as i say and send me some pretty parts tmrw to look at |
| alaza3e: | Okiii>.< |

**b. September 27, 2025 Chats**

| | |
|---|---|
| nglreclusive: | hey bitch |
| nglreclusive: | didnt send what i asked are you fucking use-less |
| alaza3e: | alaza3e sent a video (656356223827257) |
| alaza3e: | Sorry it was late 😣 |
| nglreclusive: | disappointing you listen to me whore under-stood |
| nglreclusive: | you send me whats mine when i tell you too |
| alaza3e: | Ur right im so sorry |
| nglreclusive: | id fucking rape and kill you mutt pouring y our tits out on your story like the slut you are |
| nglreclusive: | send your porn meat bunny |
| nglreclusive: | be a good rape doll |
| alaza3e: | Can we still calll laterrr |
| nglreclusive: | yeah were calling tonight i told you we were |
| alaza3e: | I was just making sure 😟 |
| nglreclusive: | now go be a good whore for me |
| nglreclusive: | ima use u up okay your gonna get on cam and do as i say |
| nglreclusive: | got it bitch? |
| alaza3e: | What do u want |

7

| alaza3e: | Yes 😊 ↕ |
|---|---|
| nglreclusive: | atta girl send your fat tits |
| nglreclusive: | should write my name on them again i lost the last one |
| nglreclusive: | can you be a good slut for me my perfect angel |
| alaza3e: | alaza3e sent a video. (1558956695278666) |
| alaza3e: | Can I do it later |
| nglreclusive: | yeah just send me wtv you got bitch |
| nglreclusive: | you can do it on cam and bounce around for me like a pathetic worthless toy |

c. **December 7, 2025 Chats**

| nglreclusive: | send me a clip of you playing with your pussy with noise |
|---|---|
| nglreclusive: | right now |
| alaza3e: | my family is home |
| alaza3e: | I can't rn |
| nglreclusive: | send your tits |
| alaza3e: | Oki |

11. On or about November 30, 2025, M1 sent the **STONER** two videos over Instagram in which M1 was engaging in masturbation. M1's genitals appeared to be the focal point of the videos.

12. Within the review, the case team additionally witnessed numerous images of M1 that she sent in messages to the **STONER** that were sexually exploitive in nature, including M1 exposing their breasts and buttocks to the camera.

13. In a conversation with Instagram user blehhy_y, **STONER** was asked if he owned any content related to victims cutting themselves on

8

his behalf. **STONER** replied positively, then sent a compilation of multiple photos of M1 showing her bare breasts with cuts across both breasts.

14. The below messages showed STONER was in communication with leaders of the COM group 6996 and 2007. Both users mentioned in the message below, DARKHEART and SKINNED, have been FBI predicated subjects and are known NVE actors.

a. **October 1, 2025 Chats**

alaza3e:    Why are u following a bitch who's 15 twin
nglreclusive:    shes a fed not 15
nglreclusive:    its julia from 6996
nglreclusive:    com shit
alaza3e:    Egirl?
nglreclusive:    shes a 6996 member i js use her to talk to skinned and darkheart
nglreclusive:    owners of 6996 and 2007

15. On February 24, 2026, an Emergency Disclosure Request to META provided subscriber information and content for Instagram user alaza3e (Instagram: 56277390297). Subscriber information for alaza3e returned Name: No responsive records, Phone Number: 719-251-5130 which was verified on 11-21-2025, and last seen IP address of IP Address [2601:0283:c380:d770:0d08:1363:5220:e4c9]:49998 on 02-23-2026.

16. On February 26, 2026, a subpoena was served to Verizon for subscriber information regarding two IP addresses and phone number

9

identified from the Instagram account, nglreclusive. 2600:4040:f096:1500:241a:4f65:b90f:b76f accessed on September 02, 2025 02:11:46 UTC, 71.254.206.46 accessed on November 19, 2024 01:28:23 PDT, and phone number 717-329-5886.

17.    On March 20, 2026, Verizon returned the subscriber information for the IP addresses and phone number as Subscriber Name: ASHLEY STONER, Service Address: 8 Meadow Creek Lane, Mechanicsburg, PA 17050, Telephone: 919-488-4712, Email: stoner5357@gmail.com.

18.    On February 26, 2026, a subpoena was served to Comcast for subscriber information regarding IP Address: 2601:098d:c283:e940:38f7:109c:c0a9:35f7, Time Stamp: January 13, 2026, 02:02:53 UTC identified from the Instagram account, nglreclusive.

19.    On February 27, 2026, Comcast returned the subscriber information for the IP addresses as Subscriber Name: ASHLEY STONER, Service Address: 7 Highland Terrace Ct, Boiling Springs, PA 17007, and Telephone: (717) 503-8539.

20.    Reviewing the messaging content for Instagram user nglreclusive (77104928067), a message was sent on November 28, 2025 stating, "i just moved houses G. recommend me room decor with your divine taste." It

10

would be believed that Instagram user, nglreclusive, has moved to the address 7 Highland Terrace Ct, Boiling Springs, PA 17007 where the IP address from Comcast returned to on January 13, 2026.

21. On March 26, 2026, a subpoena was served to Verizon requesting subscriber information for phone number 719-251-5130 identified from the victim Instagram user account alaza3e (Instagram: 56277390297).

22. On April 21, 2026, FBI identified M1, DOB: 10/14/2009, as the minor victim communicating with the STONER.

23. On May 1, 2026, a Child/Adolescent Forensic Interview (CAFI) was completed and recorded with M1. The following information was conveyed during the interview:

   a. M1 confirmed her account as alaza3e in Instagram and her phone number 719-251-5130. M1 knew the Instagram username nglreclusive, which the case team had identified as Levi STONER. M1 met STONER on Roblox and then moved to talking on Instagram. M1 also followed STONER on TikTok and knew he had a Discord account. M1 knew STONER was involved with the COM group 764. M1 stated many "COM boys" were on Roblox. M1 originally told STONER she was 18

11

but then a couple days later told him about her actual age, which was 15 years old. STONER stated he was 18 or 19 years old. STONER knew what M1 looked like, but not where she lived or her full name.

b. STONER's Instagram accounts were constantly being suspended and M1 remembered an old account of STONER's on Instagram, nglslit. STONER always had "ngl" in front of his usernames. STONER's TikTok was filled with gore and animal abuse content. STONER had asked M1 to kill her dog, which M1 refused. STONER was into killing cats and included M1 on video calls with other individuals where they discussed beheading cats or asking other users to kill their little sister. M1 mentioned a livestream video that was sent showing an individual committing suicide by pouring gasoline on themselves and lighting themselves on fire on a video call for others to watch. M1 also remembered one TikTok story STONER posted about a girl he was seeing where he stated "she is pathetic, he couldn't wait to take advantage of her, he

12

misses her, she was ungrateful as fuck and was threatening her."

c.  STONER asked M1 to self-harm by cutting her arms, thighs, breasts, face, nose, tongue, and neck. M1 stated STONER exploited her by having her self-harm and send him nude images/videos. STONER told M1 to cut "764" and "Levi" into her thigh and breasts. M1 also cut other names at STONER's request such as "Anthony" and "Julio." STONER constantly degraded M1 and threatened her that if she did not cut for him, he would leak everything she sent him. M1 stated STONER asked her to cut during every interaction they had. M1 had a history of self-harm but never cut her breasts or tongue until STONER requested it. On one video call with STONER, STONER told M1 to cut and then yelled at her to "go deeper," "you can go harder than that," "keep going," "cut again." STONER also requested M1 to re-open her cuts on video calls. If M1 did what STONER asked, such as cut herself or send him sexually exploitive photos and videos, he would be nicer to her.

13

24. During the interview, M1 was shown a compilation of images of a girl exposing her breasts with cuts on them. M1 identified herself in these photos, she was 15 years old and it was in her grandmother's house. M1 was on a video call with STONER, and he requested M1 carve "Levi" on her chest and had her cut her tongue. M1 did not know STONER had recorded while they were on the call. STONER was on Instagram on his laptop and M1 thought he could not record on his laptop. When M1 would not send STONER nude images, STONER sent the compilation photos stating he would leak these if she did not comply with his request. STONER also admitted to bragging to another girl about his "fansign." M1 described a fansign as writing or cutting someone's name on them. M1 never did a blood wall, which is taking your blood and writing someone's name or group on a wall.

25. During the interview, M1 was shown a video of a female masturbating. M1 identified herself as the female in the video. M1 also confirmed she sent the video to STONER. M1 had taken many nude photos and videos of herself and would send them to STONER when he requested them. STONER would ask her to send him pictures and videos of her "meat bags", which M1 explained were her breasts. STONER also

14

requested photos and videos of M1's buttocks and arms as they were covered in cuts, as STONER expressed that he liked that content. On video calls, STONER would request M1 to "tease herself" by touching her vagina for him.

## CONCLUSION

Based on the foregoing, probable cause exists to believe that STONER used a means and facility of interstate and foreign commerce to persuade, coerce, entice, and induce M1 to engage in a sexual activity for which any person can be charged with, specifically production of child pornography in violation of 18 U.S.C. §2251(a), all in violation of 18 USC §2422(b). Further, probable cause exists that Levi STONER produced, and attempted to produce, child pornography in violation of 18 USC § 2251(a) and that he received child pornography, in violation of 18 USC § 2252A(a)(2).

15