## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :       CRIMINAL NO. 1:26-CR-000112-01

                               :

            v.                 :

                               :

LEVI STONER,                   :

                               :

        Defendant              :

**PLEA**

FILED
HARRISBURG, PA

MAY 2 2 2026

PER _____
DEPUTY CLERK

AND NOW, this 22ND day of May , 2026, the within named defendant, hereby enters a plea of Not Guilty to the within Indictment.

_____Levi Stoner_____
(Defendant's Signature)

_____
(Defense Counsel)